

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2022

No. 04-21-00308-CV

**IN RE** Steve **SWARTZMAN**, Andy North, and Lucy Doan

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-19151
Honorable Larry Noll, Judge Presiding

# O R D E R

On December 30, 2021, Andrea R. Morris, one of Relators' attorneys of record, filed an unopposed Motion to Withdraw as Counsel. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

Counsel's motion to withdraw is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2022.



_____
Michael A. Cruz,
Clerk of Court